NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALIVECOR, INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**APPLE INC.,**
*Intervenor*

---

**APPLE INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**ALIVECOR, INC.,**
*Intervenor*

---

2023-1509, 2023-1553

---

Appeals from the United States International Trade Commission in Investigation No. 337-TA-1266.

---

**ON MOTION**

Before BRYSON, *Circuit Judge.*

**O R D E R**

Medical Device Manufacturers Association et al. (collectively, "the Association") and Omron Healthcare, Inc. separately move for leave to file briefs amici curiae in support of the International Trade Commission, ECF Nos. 68-1 and 71-1.* Apple Inc. opposes Omron's motion.

The court notes that the Association's amici brief, ECF No. 68-2, does not include a statement of authority to file. *See* Fed. R. App. P. 29(a)(4)(D).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Omron's motion, ECF No. 71-1, is granted. ECF No. 71-2 is accepted for filing as Omron's amicus brief.

(2) The Association's motion, ECF No. 68-1, is granted to the extent that, no later than seven days from the date of entry of this order, the Association is directed to file a corrected brief resolving the above-identified issue.

(3) Also, within that time, counsel for the Association is directed to file an entry of appearance, and the Association and Omron are directed to file certificates of interest

---

* ECF No. 71-1 is a corrected version of Omron's prior motion for leave to file an amicus brief, ECF No. 70-1. The court takes no action on the prior motion.

as separate docket entries.

                                                                                                 FOR THE COURT

<u>December 20, 2023</u>                        Jarrett B. Perlow
     Date                                Clerk of Court