NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALIVECOR, INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**APPLE INC.,**
*Intervenor*

---

**APPLE INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**ALIVECOR, INC.,**
*Intervenor*

---

2023-1509, 2023-1553

---

Appeals from the United States International Trade Commission in Investigation No. 337-TA-1266.

---

## ON MOTION

## ORDER

Omron Healthcare, Inc. moves for an extension of time to file a reply in support of its motion to file a brief amicus curiae.

On December 20, 2023, the court granted Omron's amicus motion.

Upon consideration thereof,

IT IS ORDERED THAT:

Omron's motion for an extension of time is denied as moot.

FOR THE COURT

December 20, 2023
Date

Jarrett B. Perlow
Clerk of Court