**Appeal Nos. 23-1509, 23-1553**

# United States Court of Appeals
*for the*
# Federal Circuit

ALIVECOR, INC.

*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION

*Appellee,*

APPLE INC.

*Intervenor.*

———

APPLE INC.

*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION

*Appellee,*

ALIVECOR, INC.,

*Intervenor.*

On Appeal from the United States International Trade Commission
Inv. No. 337-TA-1266

**APPELLANT ALIVECOR, INC.'S
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE THE JOINT APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellant AliveCor, Inc. hereby moves to extend the deadline to file the Joint Appendix by 10 days, from March 15, 2024, to March 25, 2024.

In support of this motion, AliveCor states as follows:

1.    Apple's cross-appeal reply brief is due on March 8, 2024.

2.    Under Federal Circuit Rule 30(a)(2), the Joint Appendix is due seven days later on March 15, 2024.

3.    Good cause exists for the requested extension because preparing the final Joint Appendix will be a significant undertaking that involves reducing the current 20,000-plus-paged draft appendix into the final Joint Appendix that includes only the materials required and allowed by the Court's rules.  AliveCor must also undertake to make the proper redactions to the non-confidential version of the Joint Appendix and otherwise note the confidential material in the confidential version. AliveCor will then need to provide time for both Apple and the International Trade Commission to review and approve both versions of the Joint Appendix.

4.    Good cause further exits because in this consolidated cross appeal, AliveCor must take into account the material cited across five separate briefs (rather than the usual three brief) from the parties.

5.    This motion is being filed at least seven calendar days before the original due date of the Joint Appendix.  *See* Fed. Cir. R. 26(b)(1).

1

6. This is AliveCor's first request for an extension of the deadline to file the Joint Appendix.

7. On February 21, 2024, counsel for Apple and the Commission stated that they do not oppose AliveCor's request for a 10-day extension of Joint Appendix deadline.

For these reasons, AliveCor respectfully requests that the Court grant AliveCor's motion and extend the deadline to file the Joint Appendix up to and including March 25, 2024.

DATED: February 22, 2024         Respectfully submitted,

/s/ William B. Adams

Sean S. Pak
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
seanpak@quinnemanuel.com
(415) 875-6600

William B. Adams
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
williamadams@quinnemanuel.com
(212) 849-7000

*Counsel for Appellant AliveCor, Inc.*

FORM 9. Certificate of Interest                                                    Form 9 (p. 1)
                                                                                   March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number**  23-1553, 23-1509

**Short Case Caption**  Apple Inc. v. International Trade Commission

**Filing Party/Entity**  AliveCor, Inc.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 03/07/2023                    Signature:  /s/ Sean S. Pak

                                    Name:       Sean S. Pak

FORM 9. Certificate of Interest　　　　　　　　　　　　　　　　　　　　　　Form 9 (p. 2)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| AliveCor, Inc. | | OMROM Corp. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐　Additional pages attached

FORM 9. Certificate of Interest                                                Form 9 (p. 3)
                                                                               March 2023

> **4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).
>
> ☐ None/Not Applicable   ☑ Additional pages attached
>
> | Quinn Emanuel Urquhart & Sullivan, LLP | S. Alex Lasher | Andrew Holmes |
> |---|---|---|
> | Adam B. Wolfson | Phillip Ducker | Peter Benson |
> | Brian Saunders | Catherine R. Lacey | John W. McCauley |

> **5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?
>
> ☑ Yes (file separate notice; see below)   ☐ No   ☐ N/A (amicus/movant)
>
> If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

> **6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).
>
> ☑ None/Not Applicable   ☐ Additional pages attached

**Attachment to AliveCor's Certificate of Interest**

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

(cont.)

Kevin Gu
Michelle Clark
James Glass
Matt Hosen
Bruce Lee
Richard Doss
Isabel Peraza
Evan Larson
Haihang Wang
Joshua Scheufler
James Darling
Scott Watson
Robin McGrath
Stephen Klapper
Nicolas Siebert
Krishna Shah
John McKee
Nicholas Caluda
Lora Green

## **DECLARATION**

Pursuant to 28 U.S.C. § 1746 and Federal Circuit Rule 26(b)(3), I declare under penalty of perjury that the statements in the foregoing Motion are true and correct.

| | |
|---|---|
| Executed on February 22, 2024, in New York, New York | /s/ *William B. Adams* <br> William B. Adams |

## **CERTIFICATE OF COMPLIANCE**

In accordance with Federal Rules of Appellate Procedure 27(d)(1)(E), 27(d)(2)(A), and 32(g)(1), I certify that the foregoing motion is proportionately spaced using 14-point Times New Roman font and contains 301 words, excluding the parts of the motion exempted from length limits by Federal Rules of Appellate Procedure 27(d)(2) and 32(f).

Dated: February 22, 2024                              /s/ *William B. Adams*
                                                              William B. Adams