NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALIVECOR, INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**APPLE INC.,**
*Intervenor*

---

**APPLE INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**ALIVECOR, INC.,**
*Intervenor*

---

2023-1509, 2023-1553

---

Appeals from the United States International Trade Commission in Investigation No. 337-TA-1266.

---

## ON MOTION

## O R D E R

Upon consideration of AliveCor, Inc.'s unopposed motion to extend the time to file the joint appendix,

IT IS ORDERED THAT:

The motion is granted. The joint appendix is due no later than March 25, 2024.

FOR THE COURT

February 28, 2024
Date

Jarrett B. Perlow
Clerk of Court