Docket Nos. 23-1509, -1553

## In The
## United States Court of Appeals for the Federal Circuit

ALIVECOR, INC.

*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION

*Appellee,*

APPLE INC.

*Intervenor.*

-------------------------------------------------------

APPLE, INC.

*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION

*Appellee,*

ALIVECOR, INC.

*Intervenor.*

### NOTICE TO WITHDRAW OF NON-PRINCIPAL COUNSEL SHU ZHANG FOR ROBERT M. WACHTER, MD

For the Reasons stated below, undersigned counsel, Michael T. Pieja withdraws Shu Zhang as counsel for Robert M. Wachter, MD.

1. Undersigned counsel is an attorney in the Chicago, IL, office of Goldman Ismail Tomaselli Brennan & Baum, LLP.

2. On August 14, 2023, undersigned counsel entered an appearance as principal counsel for Robert M. Wachter, MD.

3. On August 14, 2023, Shu Zhang and Jennifer M. Hartjes entered appearances as other counsel for Robert M. Wachter, MD.

4. On May 24, 2024, Shu Zhang left the law firm of Goldman Ismail Tomaselli Brennan & Baum, LLP.

5. Undersigned counsel, Michael T. Pieja and Jennifer M. Hartjes will continue to represent Robert M. Wachter, MD.

WHEREFORE, for the foregoing reasons, undersigned counsel respectfully withdraws Shu Zhang as counsel for Robert M. Wachter, MD, in the above-referenced matter.

May 24, 2024

Respectfully submitted,

/s/ Michael T. Pieja
Michael T. Pieja
Jennifer M. Hartjes
GOLDMAN ISMAIL TOMASELLI
  BRENNAN & BAUM LLP
200 South Wacker Dr.
22nd Floor
Chicago, IL 60606

*Counsel for Amicus Curiae, Robert M. Wachter, MD*