NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALIVECOR, INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**APPLE INC.,**
*Intervenor*

-------------------------------------------------

**APPLE INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**ALIVECOR, INC.,**
*Intervenor*

---

2023-1509, 2023-1553

---

Appeals from the United States International Trade Commission in Investigation No. 337-TA-1266.

---

**ON MOTION**

---

PER CURIAM.

# O R D E R

The parties' jointly move to clarify the procedures for the oral argument currently scheduled in the above-captioned matter on July 12, 2024. Specifically, the parties request that oral argument be conducted in five rounds, with AliveCor, Inc. and Apple Inc. each allocated 15 minutes to divide between opening and rebuttal arguments and the International Trade Commission allocated 15 minutes of undivided argument time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The argument will proceed as requested by the parties.

FOR THE COURT

July 1, 2024
Date

Jarrett B. Perlow
Clerk of Court