

**Orrick, Herrington & Sutcliffe LLP**

2100 Pennsylvania Avenue, N.W.
Washington, DC 20037

+1 202 339 8400

**orrick.com**

**Melanie L. Bostwick**

**E** mbostwick@orrick.com
**D** +1 202 339 8483
**F** +1 202 339 8500

November 7, 2024

*Via CM/ECF*

Jarrett B. Perlow
Circuit Executive & Clerk of the Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, DC  20439

      Re:    *AliveCor, Inc. v. ITC*, No. 23-1509

Dear Mr. Perlow:

      Pursuant to Fed. R. App. P. 28(j), Apple notifies the Court of new information regarding the cases identified in Apple's prior notice of supplemental authority (*see* Dkt. 119, filed May 28, 2024): *Apple Inc. v. AliveCor, Inc.*, IPR2022-01560, Paper 37 (P.T.A.B. April 8, 2024) ("'956 Decision), and *Apple Inc. v. AliveCor, Inc.*, IPR2022-01562, Paper 37 (P.T.A.B. April 8, 2024), ("'415 Decision).  As Apple previously explained in Dkt. 119, these two Board decisions—which involve patents related or similar to the ones at issue in this appeal—found AliveCor's supposed evidence of copying "unpersuasive" and concluded that any industry praise evidence could not overcome the prima facie obviousness case; they therefore support Apple's argument that the Commission erred in its secondary-considerations analysis.  *Id.*

      AliveCor initially noticed appeals from the two Board decisions.  But on November 6, 2024—six days before its opening brief was due—AliveCor notified Apple that it intended to dismiss those appeals.  The parties filed a Joint Stipulation of Voluntary Dismissal on the same day.  *See* Case No. 24-2168, -2169 (Fed. Cir.), Dkt. 15.  Accordingly, the appeals will be dismissed and the Board decisions, including their assessment of secondary considerations, will become final. *See* Fed. R. App. P. 42(b).



November 7, 2024
Page 2

       Respectfully,

       */s/ Melanie L. Bostwick*
       Melanie L. Bostwick
       *Counsel for Apple Inc.*