# United States Court of Appeals for the Federal Circuit

_____

**ALIVECOR, INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**APPLE INC.,**
*Intervenor*

------------------------------------------------

**APPLE INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**ALIVECOR, INC.,**
*Intervenor*

_____

2023-1509, 2023-1553
_____

Appeals from the United States International Trade Commission in Investigation No. 337-TA-1266.
_____

**JUDGMENT**
_____

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT



March 7, 2025
Date

Jarrett B. Perlow
Clerk of Court