2023-1509, 2023-1553

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**ALIVECOR, INC.,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION**,
*Appellee,*
and
**APPLE INC.,**
*Intervenor.*
(No. 23-1509)

**APPLE INC.,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*
and
**ALIVECOR, INC.,**
*Intervenor.*
(No. 23-1553)

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1266

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Federal Circuit Rule 47.3(c), Appellee U.S. International Trade

Commission ("the Commission") hereby provides notice of withdrawal of Wayne

W. Herrington as counsel for the Commission in the above-captioned appeal.

Panyin Hughes will remain as principal counsel of record for the Commission.

                              Respectfully submitted,

                              */s/Panyin Hughes*

                              Panyin Hughes
                              Attorney-Advisor
                              U.S. International Trade Commission
                              500 E Street S.W.,
                              Washington, DC  20436
                              Tel: (202) 205-3042
                              panyin.hughes@usitc.gov

                              *Counsel for Appellee*
                              *International Trade Commission*

Date: March 28, 2025