NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ALIVECOR, INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**APPLE INC.,**
*Intervenor*

------------------------------------------------

**APPLE INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**ALIVECOR, INC.,**
*Intervenor*

---

2023-1509, 2023-1553

---

Appeals from the United States International Trade Commission in Investigation No. 337-TA-1266.

---

**O R D E R**

The International Trade Commission filed an entry of appearance for Michelle Klancnik to appear in the above-captioned appeal. The Clerk of Court found the entry of appearance to be non-compliant. Pursuant to the Clerk's notice of non-compliance, failure to timely file a corrected version may result in the document being stricken. As ITC has failed to timely respond to the Clerk's notice,

IT IS ORDERED THAT:

The entry of appearance is stricken.

FOR THE COURT

April 10, 2025
Date

Jarrett B. Perlow
Clerk of Court